the Waialua Agricultural Co., Ltd. *Solicitor General Sobeloff* filed a memorandum for the Secretary of Labor, as *amicus curiae.*

No. 262. FISCHER & PORTER CO. *v.* BROOKS ROTA-METER CO. C. A. 3d Cir. Certiorari denied. *Leonard L. Kalish* for petitioner. *J. Edward Shinn* for respondent.

No. 313. ARVEY CORPORATION *v.* FUGATE, DIRECTOR OF REVENUE OF COLORADO. Supreme Court of Colorado. Certiorari denied. *Floyd E. Thompson* and *John R. Coen* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank A. Wachob,* Deputy Attorney General, and *Omer Griffin,* Assistant Attorney General, for respondent.

No. 329. THOMAS RIGGING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Allan L. Sapiro* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 334. BOWER *v.* EASTERN AIR LINES, INC. C. A. 3d Cir. Certiorari denied. *Oscar Brown* and *Samuel Kagle* for petitioner. *Walter B. Gibbons* and *W. Glen Harlan* for respondent.

No. 335. LINDE *v.* COMMISSIONER OF INTERNAL REV-ENUE. C. A. 9th Cir. Certiorari denied. *Stephen H. Hart* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *L. W. Post* for respondent.